IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LORRI ADAMS, individually,   )
et al.,                      )
                             )
    Plaintiffs,              )
                             )   CIVIL ACTION NO.
    v.                       )     1:13cv458-MHT
                             )         (WO)
WILLIAM ROY CRISWELL,        )
                             )
    Defendant.               )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion to approve the settlement of this case as to minor plaintiffs P.P., E.F., and J.L. (doc. no. 30) is granted.

(2) The settlement proposed by the parties as to minor plaintiffs P.P., E.F., and J.L. is approved.

(3) Defendant William Roy Criswell has discharged his obligations under the settlement and is fully and

**finally discharged and released from any and all further liability to minor plaintiffs P.P., E.F., and J.L. (or anyone acting on their behalf) arising out of the incident made the basis of this lawsuit; and any and all claims that were or possibly could have been asserted in this action by or on behalf of minor plaintiffs P.P., E.F., and J.L. against defendant Criswell are merged in this judgment and forever barred.**

**(4) In all other respects, this lawsuit is dismissed with prejudice, with the parties to bear their own costs, expenses, and attorney's fees.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 3rd day of March, 2014.**

**   /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE**